IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 15-cv-01692-MEH

TODD BREWSTER,

    Plaintiff,

v.

ANTHEM BLUE CROSS AND BLUE SHIELD,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Before the Court is a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) [filed September 23, 2015; docket #17]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 24th day of September, 2015.

                BY THE COURT:

                *Michael E. Hegarty*

                Michael E. Hegarty
                United States Magistrate Judge